UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV 21 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>ANGELO MAGIC,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)  4:19CR968 RLW/SPM<br>)<br>)<br>)<br>) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about September 29, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**ANGELO MAGIC,**

the Defendant herein, did knowingly obstruct, delay, and affect commerce and the movement of any article or commodity in commerce or attempt to do so by robbery of Papa Johns, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have previously been transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1951(a), and punishable under Title 18, United States Code, Section 1951(a).

### COUNT TWO

The Grand Jury further charges that:

On or about September 29, 2019, in St. Louis City, within the Eastern District of Missouri,

**ANGELO MAGIC,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence which may be prosecuted in a court of the United States, that is, obstructing, delaying, or affecting commerce by robbery of Papa Johns, as charged in Count One herein.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

### COUNT THREE

The Grand Jury further charges that:

On or about October 8, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**ANGELO MAGIC,**

the Defendant herein, did knowingly obstruct, delay, and affect commerce and the movement of any article or commodity in commerce or attempt to do so by robbery of Dominos, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have previously been transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1951(a), and punishable under Title 18, United States Code, Section 1951(a).

### COUNT FOUR

The Grand Jury further charges that:

On or about October 8, 2019, in St. Louis City, within the Eastern District of Missouri,

**ANGELO MAGIC,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence which may be prosecuted in a court of the United States, that is, obstructing, delaying, or affecting commerce by robbery of Dominos, as charged in Count Three herein.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
ALLISON H. BEHRENS, #38482(MO)
Assistant United States Attorney